354 S.E.2d 239 (1987)
319 N.C. 396
Raleigh Wilbur HARTMAN
v.
Elsie H. HARTMAN.
No. 528A86.
Supreme Court of North Carolina.
April 7, 1987.
Morrow, Long and Black by John F. Morrow and Clifton R. Long, Jr., Winston-Salem, for plaintiff-appellee.
Petree, Stockton & Robinson by W. Thompson Comerford, Jr. and Jane C. Jackson, Winston-Salem, for defendant-appellant.
PER CURIAM.
AFFIRMED.
WEBB and WHICHARD, JJ., took no part in the consideration or decision of this case.